IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-276-D

| | |
|---|---|
| ANDREW C. DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| DANIEL FISH, et al., | ) |
| Defendant. | ) |

On June 16, 2021, plaintiff filed a civil action in this court [D.E. 1]. On June 30, 2021, the court ordered plaintiff to file an application to proceed without prepayment of fees or pay the $400 filing fee, file a complaint, provide a financial disclosure statement, provide a civil cover sheet, and provide a notice of self-representation. See [D.E. 2]. The court ordered plaintiff to correct the above filing deficiencies within fourteen days of the order. See id.

The court has considered the entire record. Plaintiff failed to comply with this court's order of June 30, 2021 [D.E. 2]. In light of plaintiffs' failure to comply, the action is DISMISSED without prejudice.

SO ORDERED. This 19 day of July 2021.

JAMES C. DEVER III
United States District Judge