UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANDREW C. DAVIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. DANIEL FISH, CHASITY STRAUGHTER, )<br>MADY, and NELLIE CAMPBELL, )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:21-CV-276-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff failed to comply with this court's order of June 30, 2021 [D.E. 2]. In light of plaintiffs' failure to comply, the action is DISMISSED without prejudice.

**This Judgment Filed and Entered on July 19, 2021, and Copies To:**

| | |
|---|---|
| Andrew C. Davis | (Sent to Central Regional Hospital 300 Veazey Rd. Butner, NC 27509 via US Mail) |

DATE:  PETER A. MOORE, JR., CLERK

July 19, 2021  (By) /s/ Nicole Sellers

Deputy Clerk